UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-MJ-1032-RN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OSCAR ARMANDO ARIAS | ORDER |

This matter is before the Court on the Office of the Federal Public Defender's motion to withdraw. For good cause shown, the motion is GRANTED.

The Office of the Federal Public Defender is hereby ORDERED to withdraw as counsel of record for the defendant, Oscar Armando Arias.

It is so ORDERED.

Dated: January 24, 2017

_____
Robert T. Numbers, II
United States Magistrate Judge